UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/07
```

————————————————————

SAMUEL DAVIS

                    Plaintiff,

          - AGAINST -

CORRECTION OFFICER RHOOMES, ET AL.

                    Defendants.

07 CIV. 6322 (JGK)

ORDER

————————————————————

JOHN G. KOELTL, District Judge:

          The plaintiff's application for appointment of counsel
filed October 12, 2007 is **denied** at this time without prejudice
to renewal.

          For the Court to order the appointment of counsel, the
plaintiff must, as a threshold matter, demonstrate that his claim
has substance or a likelihood of success on the merits.  See
Hodge v. Police Officers, 802 F.2d 58, 61-62 (2d Cir. 1986).
Only then can the Court consider the other factors appropriate to
determination of whether counsel should be appointed:
"plaintiff's ability to obtain representation independently, and
his ability to handle the case without assistance in the light of
the required factual investigation, the complexity of the legal
issues, and the need for expertly conducted cross-examination to
test veracity."  Cooper v. A. Sargenti Co., Inc., 877 F.2d 170,
172 (2d Cir. 1989).

At this point in the proceedings, the Court denies the plaintiff's application for appointment of counsel without prejudice to renewal because the Court cannot determine based on the record that the plaintiff's claims are substantial or that he is likely to succeed on the merits.

The plaintiff should work with the Pro Se Office of the Court for any additional help that he needs and should also seek to obtain private counsel.  The Pro Se Office may be contacted at:  Pro Se Office, United States District Court, S.D.N.Y., 500 Pearl St, New York, N.Y.  10007, 212-805-0175.


SO ORDERED.

Dated:    New York, New York
          November 6, 2007

                              John G. Koeltl
                          United States District Judge

-2-