```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RACHAEL JENKINS,
                         Plaintiff(s),

        -against-                                              NOTICE OF COURT CONFERENCE

NEW YORK STATE BANKING DEPARTMENT                              07 civ 6322 (JGK)
                         Defendant(s).
------------------------------------------------------------X
```

To All Parties,

You are directed to appear for a pretrial conference, to be held on **Thursday, January 31, 2008 at 4:00pm** in Courtroom 12B, in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

                                                    Don Fletcher
                                                    Courtroom Case Manager

Dated: New York, New York
       January 7, 2008

USDNY DOCUMENT ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/2008