```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JENKINS,

            Plaintiffs,

  - against -

NYS BANKING,

            Defendants.

---

07 Civ. 6322 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The action is **stayed** pending mediation before the Pro Se Mediation Panel.

SO ORDERED.

Dated: New York, New York
      January 31, 2008

                                            John G. Koeltl
                                    United States District Judge

1