```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RACHEL JENKINS,

                Plaintiff(s),

                                                     **NOTICE OF COURT CONFERENCE**

    -against-

NYS BANKING DEPARTMENT,                          07 civ 6322 (JGK)

                Defendant(s).
-------------------------------------------------------X

To All Parties,

      You are directed to appear for a pretrial conference, to be held on **Wednesday, June 25, 2008 at 4:30pm** in Courtroom 12B, in front of the Honorable John G. Koeltl.

      **All requests for adjournments must be made in writing to the Court.**

      For any further information, please contact the Court at (212) 805-0107.

                                                                     **Don Fletcher**
                                                           **Courtroom Case Manager**

Dated: New York, New York
           June 5, 2008